United States District Court
For the Northern District of California

1
2
3
4                    IN THE UNITED STATES DISTRICT COURT

5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
7   YIN XIN LIU,                              No. C-16-3252 TEH

8                                            **ORDER OF DISMISSAL**

9            Plaintiff,

10      v.

11  PROSPECT INTERNATIONAL AIRPORT
    SERVICES INC., CHINA SOUTHERN
12  AIRLINES COMPANY LIMITED and DOES
    1 through 100, inclusive,
13
14           Defendants.
    _____/

15
        The parties having advised the Court that they have agreed to a settlement of the
16
    above-titled action,
17
        IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided,
18
    however, that if any party hereto shall certify to this Court, within sixty days, with proof of
19
    service of a copy thereon on opposing counsel, that the agreed consideration for the
20
    settlement has not been delivered, the foregoing Order shall stand vacated and this action
21
    shall forthwith be restored to the calendar to be set for trial.
22
    **IT IS SO ORDERED.**
23
24  Dated: October 11, 2016                   _____
                                              THELTON E. HENDERSON
25                                            United States District Judge
26
27
28